# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| RICKY R. FRANKLIN, <br><br> Plaintiff, <br><br> v. <br><br> ATLANTA MEDICAL CENTER INC., <br><br> Defendant. | CIVIL ACTION NO. 1:17-CV-3394 |

## DEFENDANT ATLANTA MEDICAL CENTER, INC.'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.3, Defendant Atlanta Medical Center ("AMC"), submits the following Certificate of Interested Persons and Corporate Disclosure Statement:

1.  The undersigned counsel of record for AMC certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of stock of a party:

- Ricky R. Franklin - Plaintiff
- Atlanta Medical Center, Inc. - Defendant

- Wellstar Heatlh System, Inc. – Atlanta Medical Center, Inc. is owned 100% by WellStar Health System, Inc.

2. The undersigned further certifies that the following is a full and complete list of all persons, associations, firms, partnerships, or corporations having either a financial interest or other interest which could be substantially affected by the outcome of this particular case:

- Atlanta Medical Center, Inc.

3. The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

A. **Plaintiff**

Ricky R. Franklin (*pro se*)
708 Brambling Way
Stockbridge, GA 30281

B. **Defendant**

Stefanie H. Jackman
Sarah T. Reise
Matthew B. Howard
Ballard Spahr, LLP
999 Peachtree Street
Suite 1000
Atlanta, Georgia 30309

-3-

Dated: October 27, 2017                    Respectfully submitted,

                                           */s/ Stefanie H. Jackman*
                                           Stefanie H. Jackman,
                                           Georgia Bar No. 335652
                                           jackmans@ballardspahr.com
                                           Sarah T. Reise
                                           Georgia Bar No. 181567
                                           reises@ballardspahr.com
                                           Matthew B. Howard
                                           Georgia Bar No. 550524
                                           howardm@ballardspahr.com

**BALLARD SPAHR  LLP**
999 Peachtree Street
Suite 1000
Atlanta, GA 30309-3915
Telephone: 678.420.9300
Facsimile: 678.420.9301

*Counsel for Defendant Atlanta Medical Center, Inc.*

-4-

## CERTIFICATION OF COMPLIANCE WITH L.R. 5.1

I hereby certify that the foregoing has been computer processed with 14 point Times New Roman font in compliance with the United States District Court for the Northern District of Georgia Local Rule 5.1.

Dated: October 27, 2017

*/s/ Sarah T. Reise*
Sarah T. Reise
Ga. Bar No. 181567

*Counsel for Defendant Atlanta Medical Center, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of October, 2017, I served a copy of **DEFENDANT ATLANTA MEDICAL CENTER, INC.'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** with the Clerk of Court using the CM/ECF system on all parties of record, and via U.S. Mail on the following party:

>Ricky R. Franklin (*pro se*)
>708 Brambling Way
>Stockbridge, GA  30281

Date:  October 27, 2017

*/s/ Sarah T. Reise*
Sarah T. Reise
Georgia Bar No. 181567